IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARVIN HOLMES, | § | |
| | § | |
| Plaintiff Below, | § | No. 235, 2015 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below: Superior Court |
| | § | of the State of Delaware, |
| THE NEWS JOURNAL CO., | § | in and for New Castle County |
| | § | C.A. No. N13C-11-136 MMJ |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: August 28, 2015
Decided: October 27, 2015

Before **STRINE**, Chief Justice; **HOLLAND**, and **SEITZ**, Justices.

### O R D E R

This 27th day of October 2015, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated April 20, 2015.[1]

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *Holmes v. The News Journal Co.*, 2015 WL 1893150 (Del. Super. Ct. Apr. 20, 2015).